## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SIERRA PACIFIC POWER COMPANY, D/B/A NV ENERGY; AND NEVADA POWER COMPANY, D/B/A NV ENERGY, <br><br> Appellants, <br> vs. <br> PUBLIC UTILITIES COMMISSION OF NEVADA; ATTORNEY GENERAL'S BUREAU OF CONSUMER PROTECTION; NORTHERN NEVADA INDUSTRIAL ELECTRIC USERS; WYNN LAS VEGAS, LLC; NEWMONT USA LIMITED; NEVADA GAMING GROUP; AND SWITCH, LTD., <br><br> Respondents. | No. 81154 <br><br> **FILED** <br><br> JAN 05 2021 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY ___ CHIEF DEPUTY CLERK |

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Egan K. Walker, District Judge
Lansford W. Levitt, Settlement Judge
Michael D. Knox
Lemons, Grundy & Eisenberg
Timothy M. Clausen
McDonald Carano LLP/Reno
Public Utilities Commission of Nevada
Attorney General/Carson City
Allison MacKenzie, Ltd.
Attorney General/Las Vegas
Davidson Van Cleve, PC
Snell & Wilmer, LLP/Reno
Washoe District Court Clerk